

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>PETER ALEXANDER STINCER,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>22-MJ-3935-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

    Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Wednesday, October 12</u>, <u>2022</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>October 7, 2022</u>

                                              U.S. ~~District Judge~~/Magistrate Judge